DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ZAYRON C. ISOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0720

————————————————

March 27, 2026

Appeal from the Circuit Court for Manatee County; Frederick Mercurio, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.